# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| UNITED STATES OF AMERICA, | ) | |
| --- | --- | --- |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CRIMINAL NO.07-CR-30172-MJR |
| | ) | |
| ADRIAN PEREZ-ORTIZ, | ) | |
| | ) | |
| Defendant. | ) | |

## MEMORANDUM AND ORDER

**REAGAN, District Judge:**

On January 11, 2008, the United States of America and Perez-Ortiz filed a written consent to appear before Magistrate Judge Clifford Proud pursuant to Federal Rule of Criminal Procedure 11 and SDIL Rule 72.1(b)(2). At that time, Perez-Ortiz entered a plea of guilty to Count 1 of the Superseding Indictment.

On January 11, 2008, Judge Proud submitted a Report recommending that the undersigned District Judge accept the plea of guilty, that a presentence investigation and report be prepared, and that the Defendant be adjudicated guilty and have sentence imposed accordingly (Doc. 23).

The Report was sent to the parties along with a "NOTICE" informing them of their right to appeal by way of filing "Objections" within ten days of service of the Report. However, both the United States and Perez-Ortiz have filed documents stating that they do not object to the Report (Docs. 24 & 25). Therefore, pursuant to **28 U.S.C. § 636(b)**, this Court need not conduct *de novo* review. ***Thomas v. Arn*, 474 U.S. 140, 149-52 (1985)**; ***Video Views Inc. v. Studio 21, Ltd.*, 797 F.2d 538 (7th Cir. 1986).**

Accordingly, the undersigned District Judge **ADOPTS** Magistrate Judge Proud's Report and Recommendation (Doc. 23), **ACCEPTS** Perez-Ortiz's plea of guilty, **ADJUDGES** Perez-Ortiz guilty, **REFERS** the matter to the United States Probation Office so that a presentence investigation and report can be prepared, and **SETS** a sentencing hearing for **9:30 a.m. on May 2, 2008.**

**IT IS SO ORDERED.**

**DATED this 22nd day of January 2008.**

s/ Michael J. Reagan
**MICHAEL J. REAGAN**
**United States District Judge**